**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ADDISON GINNAVEN;                                                   PLAINTIFFS
and MARIO JOHNSON

v.                           No. 5:15CV00140 JLH

ALABAMA ARKANSAS WILDLIFE, LLC,
d/b/a WILDLIFE FARMS; and
PAUL BRYANT, JR.                                       DEFENDANTS

**JUDGMENT**

Pursuant to the Offer of Judgment by Alabama Arkansas Wildlife, LLC, d/b/a Wildlife Farms, and Paul Bryant, Jr., which has been accepted by Mario Johnson, judgment is entered in favor of Mario Johnson in the amount of $13,000.00 (less applicable payroll deductions) plus reasonable costs and attorneys' fees accrued to the date of the offer as determined by the Court.

IT IS SO ORDERED this 25th day of September, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE