**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | |
|---|---|
| ADDISON GINNAVEN; and MARIO JOHNSON | PLAINTIFFS |
| v.     No. 5:15CV00140  JLH | |
| ALABAMA ARKANSAS WILDLIFE, LLC, d/b/a WILDLIFE FARMS; and PAUL BRYANT, JR. | DEFENDANTS |

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the plaintiffs against the defendants for attorneys' fees, costs, and expenses in the total amount of $44,387.14, plus post-judgment interest to accrue at the rate of 0.31% per annum, for all of which garnishment and execution may issue.

IT IS SO ORDERED this 5th day of November, 2015.

*[signature: J. Leon Holmes]*

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE